# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153159-60

JUDITH ANGELOFF,
       Plaintiff-Appellee,

v

                                        SC: 153159
                                        COA: 322643
CITY OF ROYAL OAK,
       Defendant-Appellant,                      Oakland CC: 2013-133293-NI
and

GRAND TRUNK WESTERN RAILROAD
COMPANY,
       Defendant-Appellee.

_____/

JUDITH ANGELOFF,
       Plaintiff-Appellee,

v

                                          SC: 153160
                                        COA: 322853
CITY OF ROYAL OAK,
       Defendant-Appellant,                      Oakland CC: 2013-133293-NI
and

GRAND TRUNK WESTERN RAILROAD
COMPANY,
       Defendant.

_____/

       On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 18, 2016



t1115

                                 Clerk